UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LENNY COPPOLA and CHERYL ACCARDI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMROCK, LLC,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No. 1:23-cv-11639-IT<br>*<br>*<br>*<br>* |

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR APPROVAL OF FLSA SETTLEMENT AGREEMENT

Good cause shown, Plaintiffs' Unopposed Motion for Approval of FLSA Settlement Agreement [Doc. No. 126] is allowed. The court:

1. grants final approval of the Parties' FLSA Collective Action Settlement Agreement [Doc. No. 128-1] as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act;

2. grants final certification to the Collective pursuant to 29 U.S.C. § 216(b), for settlement purposes only: Named Plaintiffs and the Opt-In Plaintiffs (i.e., all individuals who as of October 22, 2025, have filed an Opt-In Consent Form with the Court in *Coppola v. Amrock LLC,* No. 1:23-cv-11639-IT (D. Mass.), and who are identified in the Settlement Agreement [Doc. No. 128-1]);

3. approves the Gross Settlement Amount of $525,000.00 in resolution of this action, to be distributed by Defendant as indicated in the proposed Settlement Agreement;

4. approves the proposed service awards in the amount of no more than $5,000 from the Gross Settlement Amount, allocated as follows: $1,000 for Lenny Coppola, $1,000 for

Cheryl Accardi, $1,000 for Lawerence Stein, $1,000 for Wanda Carpenter, and $1,000 for Lisa Arnold;

     5.    approves Plaintiffs' Counsel's unopposed request for attorneys' fees, in the amount not to exceed one-third (33.3333%) of the Gross Settlement Amount (after expenses) and reimbursement of actual costs expended in litigating this matter not to exceed $28,500;

     6.    dismisses this action with prejudice; and

     7.    reserves exclusive and continuing jurisdiction over this action, the named Plaintiffs, and the Settlement Collective for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

     IT IS SO ORDERED.

November 13, 2024                              /s/ Indira Talwani
                                                           United States District Judge